John C. Kirkland, State Bar No. 149453
John Moe, State Bar No. 66893
**LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
601 S. Figueroa St., Suite 3900
Los Angeles, CA 90017
Telephone No.: 213.892.4992
Fax No.: 213.452.8035
E-Mail:  jkirkland@luce.com

Attorneys for Alleged Debtor
EPD INVESTMENT CO., LLC

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EPD INVESTMENT CO., LLC,<br><br>　　　Alleged Debtor.<br><br>EIN No. xxx-0994 | Case No. 2:10-bk-62208-ER<br><br>Chapter 7<br>*Assigned to the Hon. Ernest M. Robles*<br><br>**ALLEGED DEBTOR'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF OBJECTION TO PETITIONING CREDITORS' MOTION FOR APPOINTMENT OF INTERIM CHAPTER 7 TRUSTEE**<br><br>Date:    January 20, 2011<br>Time:   11:00 a.m.<br>Crtrm.:  1568<br>　　　　  255 East Temple Street<br>　　　　  Los Angeles, CA 90012 |

Alleged Debtor EPD Investment Co., LLC, a California limited liability company ("EPD"), herby requests, pursuant to Federal Rule of Evidence 201, that the Court take judicial notice of the court filings referenced herein as Exhibits 1 through 20, in support of EPD's Objection To Petitioning Creditors Motion For Appointment Of Interim Chapter 7 Trustee.

| Exhibit | Document | File Date |
|---|---|---|
| | **Jenny Lee Bridal LLC v. EPD Investment Co., LLC** | |
| 1 | Docket for Case No. BC427112 | |
| 2 | Complaint | 12/1/09 |
| 3 | Defendants' Motion To Set Aside Default and Default Judgments | 9/15/10 |
| 4 | General Denial | 11/22/10 |
| 5 | Entry of Order | 11/1/10 |
| | **John Dittmar v. Jerrold S. Pressman, et al** | |
| 6 | Docket for Case No. BC446372 | |
| 7 | Complaint filed by John Dittmar | 10/1/10 |
| 8 | General Denial | 11/22/10 |
| | **Huerth et al. v. Pressman, et al** | |
| 9 | Docket for Case No 1:10-cv-05049 | |
| 10 | Complaint | 8/11/10 |
| 11 | Defendants' Brief In Support Of Their Motion To Dismiss Under Rule 12(b) | 10/6/10 |
| 12 | Defendants' Motion To Dismiss For Lack of Jurisdiction | 10/15/10 |
| 13 | Minutes | 10/29/10 |
| | **Michelle Hansel v. EPD Investment Co., LLC, et al** | |
| 14 | Docket for Case No. SC106151 | |
| 15 | Complaint | 12/21/09 |
| 16 | Memorandum of Points And Authorities In Opposition To Plaintiff's Application For Right To Attached Order and Order For Issuance Of Attachment | 5/11/10 |
| 17 | General Denial | 3/24/10 |
| 18 | Declaration of Rubin Moreno In Support of Opposition To Plaintiff's Application For Right To Attached Order and Order For Issuance Of Attachment | 6/23/10 |

Case No. 2:10-bk-62208 ER
ALLEGED DEBTOR'S REQUEST FOR
JUDICIAL NOTICE

| | | |
|---|---|---|
| 1 | | **Pressman, et al v. Hansel** |
| 2 | 19 | Docket for Case No. BC449287 |
| 3 | 20 | Complaint                                                              11/10/10 |

DATED: January 19, 2011         LUCE, FORWARD, HAMILTON & SCRIPPS LLP


By: /s/ John C. Kirkland
 John C. Kirkland
 Attorneys for Alleged Debtor
 EPD INVESTMENT CO., LLC