STEVEN T. GUBNER - Bar No. 156593
COREY R. WEBER - Bar No. 205912
21650 Oxnard Street, Suite 500
Woodland Hills, CA 91367
Telephone: 818.827.9000
Facsimile: 818.827.9099
Email:   sgubner@ebg-law.com
         cweber@ebg-law.com

Attorneys for Creditor Michelle Hansel

ANTHONY C. DUFFY - Bar No. 50432
LAW OFFICES OF ANTHONY C. DUFFY
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
Telephone: 949.222.0995
Facsimile: 949.222.0994
Email:   aduffy@aduffylaw.com

Attorneys for Petitioning Creditors Arthur Huerth, Leslie Huerth, Orland McCarthy, Vicki McCarthy, Lynn McCarthy, Jeffrey Saeger, Jayne Ehlert Saeger and Jennie Lee

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>EPD INVESTMENT COMPANY, LLC<br><br>Alleged Debtor.<br><br>EIN NO. xxx-0994 | Case No. 2:10-bk-62208-ER<br><br>Chapter 7<br><br>**ORDER FOR RELIEF IN AN INVOLUNTARY CASE**<br><br>**Status Conference**<br>Date: February 9, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 1568<br>         United States Bankruptcy Court<br>         255 E. Temple Street<br>         Los Angeles, CA 90012 |

On consideration of the Petition filed on December 7, 2010 against the above-named debtor, an order for relief under Chapter 7 of the United States Bankruptcy Code (title 11 of the United States Code) is granted as of December 7, 2010.

*It is so ordered.*
2/9/11

[signature]

-1-

| In re:<br>EPD INVESTMENT COMPANY, LLC<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:10-bk-62208-ER |
|---|---|

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: **21650 Oxnard Street, Suite 500, Woodland Hills, California 91367**

A true and correct copy of the foregoing document described **ORDER FOR RELIEF IN AN INVOLUNTARY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

John A. Moe - jmoe@luce.com
Office of the United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On January 14, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____
*personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

February   , 2011                                         /s/
_____                     _____
Date             Type Name                           Signature

-2-

| In re:<br>EPD INVESTMENT COMPANY, LLC<br><br>Debtor(s). | CHAPTER 7<br><br>CASE NUMBER 2:10-bk-62208-ER |
|---|---|

### VIA OVERNIGHT MAIL

| Honorable Ernest M. Robles<br>United States Bankruptcy Court<br>Los Angeles Division – Roybal Federal Building<br>255 East Temple Street, Suite 1560<br>Los Angeles, CA 90012-3332 | Attorneys for Alleged Debtor and Agent for Service of Process<br>John C. Kirkland, Esq.<br>Luce Forward<br>601 South Figueroa Street, Suite 3900<br>Los Angeles, CA 90017 |
|---|---|
| Attorneys for Petitioning Creditors<br>Sara E. Cook, Esq.<br>McKenna Storer<br>666 Russel Court, Suite 303<br>Woodstock, IL 60098 | Alan S. Gutman, Esq.<br>Law Offices of Alan S. Gutman<br>401 Wilshire Blvd., Suite 575<br>Beverly Hills, CA 90212 |

### VIA EMAIL

| John C. Kirkland, Esq<br>Luce Forward<br>jkirkland@luce.com | Sara E. Cook, Esq.<br>McKenna Storer<br>scook@mckenna-law.com |
|---|---|

-3-

| | | |
|---|---|---|
| In re:<br>EPD INVESTMENT COMPANY, LLC<br><br>Debtor(s). | | CHAPTER 7<br>CASE NUMBER 2:10-bk-62208-ER |

### NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (specify) **ORDER FOR RELIEF IN AN INVOLUNTARY CASE** was entered on the date indicated as AEntered@ on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (aNEF@)** B Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 14, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

John A. Moe - jmoe@luce.com
Office of the United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

| | |
|---|---|
| John C. Kirkland, Esq.<br>Luce Forward<br>Los Angeles, CA 90017 | Sara E. Cook, Esq.<br>McKenna Storer<br>666 Russel Court, Suite 303<br>Woodstock, IL 60098 |
| Alan S. Gutman, Esq.<br>Law Offices of Alan S. Gutman<br>401 Wilshire Blvd., Suite 575<br>Beverly Hills, CA 90212 | |

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an AEntered@ stamp, the party lodging the judgment or order will serve a complete copy bearing an AEntered@ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

-4-