1 | John C. Kirkland, State Bar No. 149453
John A. Moe, II, State Bar No. 66893
2 | **LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
601 S. Figueroa St., Suite 3900
3 | Los Angeles, CA 90017
Telephone No.: 213.892.4992
4 | Fax No.: 213.452.8035
E-Mail: jkirkland@luce.com
5 |
Attorneys for Alleged Debtor
6 | EPD INVESTMENT CO., LLC

7

8 | UNITED STATES BANKRUPTCY COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

10 | LOS ANGELES DIVISION

| | |
|---|---|
| In re | Case No. 2:10-bk-62208-ER |
| EPD INVESTMENT CO., LLC, | Chapter 7<br>*Assigned to the Hon. Ernest M. Robles* |
| Alleged Debtor. | |
| EIN No. xxx-0994 | **DECLARATION OF JOHN C. KIRKLAND IN SUPPORT OF ALLEGED DEBTOR'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION OF COURT'S ORDER FOR RELIEF IN AN INVOLUNTARY CASE** |
| | **[Application For Order Setting Hearing On Shortened Notice Filed Concurrently Herewith]** |
| | <u>Hearing</u>: |
| | Date:    TO BE SET<br>Time:    TO BE SET<br>Crtrm.:  1568<br>            255 East Temple Street<br>            Los Angeles, CA 90012 |

1

Case No. 2:10-bk-62208 ER
**DECLARATION OF JOHN C. KIRKLAND**

## **DECLARATION OF JOHN C. KIRKLAND**

I, John C. Kirkland, declare as follows:

1. I am an attorney at law, duly licensed to practice before the courts in the State of California, and counsel of record for alleged debtor EPD Investment Co., LLC ("EPD"). I have personal knowledge of the facts set forth herein and, if called to testify as a witness, could and would testify truthfully and competently thereto.

2. This Declaration is submitted in support of EPD's motion for reconsideration of the Court's Order for Relief that was entered today. The Motion is filed today, the same day the order was received, and is thus filed as soon as possible after the order was received.

3. The motion should be granted ex parte or set for hearing on shortened notice, because if not immediately set aside the entry of an Order for Relief would have devastating consequences on an Alleged Debtor. Because it would effectively cause an Alleged Debtor to cease its ability to operate as a going concern, the damage caused by such an order could not be undone, and would effectively result in the destruction of the company's business, or diminution in value of the estate, to the detriment of all creditors. Accordingly, immediate relief is necessary.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in Los Angeles, California, on February 9, 2011.

/s/ John C. Kirkland
John C. Kirkland