| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| John C. Kirkland (SBN 149453)<br>John A. Moe, II (SBN 66893)<br>Luce, Forward, Hamilton & Scripps, LLP<br>601 S. Figueroa Street, Suite 3900<br>Los Angeles, CA 90017<br>Telephone:  213-892-4907<br>Facsimile:  213-452-8035<br>email:  jkirkland@luce.com<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:* Alleged Debtor EPD Investment Co., LLC | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

<u>Los Angeles</u>     DIVISION

| In re:<br><br>EPD INVESTMENT COMPANY, LLC,<br><br><br><br><br><br><br><br>                                         Alleged<br>                                         Debtor(s). | CASE NO: 2:10-bk-62208<br>CHAPTER: 7<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. *Title of motion*: <u>Alleged Debtor's Motion for Reconsideration of Court's Order for Relief in an Involuntary Case</u>

   b. *Date of filing of motion:* <u>2/9/11</u>

2. Compliance with LBR 9075-1(b)(2)(A): (*The following three sections must be completed*)

   a. Briefly specify the relief requested in the motion:
   Reconsideration of court's Order for Relief and Order to File Schedules, Statements and Lists (Doc 28) and Order For Relief In An Involuntary Case (Doc 29), filed and entered 2/9/11.

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*           Page 1           **F 9075-1.1.APPLICATION**

b. Identify the parties affected by the relief requested in the motion:
   Petitioning Creditors Arthur Huerth, Leslie Huerth, Jeffrey Saeger, Lynn McCarth, Jayne Ehlert Saeger, Orlando McCarthy, Vicki McCarthy, and Jenny Lee.

c. State the reasons necessitating a hearing on shortened time:
   If not immediately set aside, entry of an Order for Relief against EPD Investment Company, LLC will (a) trigger events of default under the company's material contracts, (b) adversely effect the company's operations, and cause the company's lenders, customers and business partners to terminate ongoing, pending and future transactions, (c) cause permanent and irreparable damage to the company and the estate, to the detriment of creditors, and (d) leave the company "scarred and crippled beyond any real chance for recovery".  See In re Rush, 10 B.R. 518, 524 (Bankr. N.D. Ala. 1980).

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER

Date: 2/9/11

Luce, Forward, Hamilton & Scripps, LLP
*Print Law Firm Name (if applicable)*

John C. Kirkland
*Print Name of Individual Movant or Attorney for Movant*

/s/ John C. Kirkland
*Signature of Individual Movant or Attorney for Movant*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*    Page 2    **F 9075-1.1.APPLICATION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____    _____    _____
*Date*                                           *Type Name*                                      *Signature*

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

October 2009                                              Page 3                                              F 9075-1.1.APPLICATION