# United States Bankruptcy Court
# Central District of California

Los Angeles

Judge Ernest Robles, Presiding

Courtroom 1568 Calendar

**Wednesday, February 9, 2011**                                              **Hearing Room  1568**

<u>10:00 am</u>

 **Cont....**        **Robert C Munroe**                                                    **Chapter  7**

Fees: $52,529.93

Expenses: $342.45

You may submit on this tentative without appearing in court. To do so, contact the judge's law clerks, Amber Burroff or Helene Kaya at 213-894-1522.

| Party Information |
|---|

**Debtor(s):**

    Robert C Munroe                                    Represented By

                                               Philomena N Nzegge

**Movant(s):**

    David L Ray (TR)                                    Represented By

                                               Damon G Saltzburg

**Trustee(s):**

    David L Ray (TR)                                    Represented By

                                               Damon G Saltzburg

 **2:10-62208**        **EPD Investment Co., LLC**                                          **Chapter  7**

 **#8.00**        Status Hearing
            RE: [1] Chapter 7 Involuntary Petition.   LLC:Arthur Huerth (attorney Sara E
            Cook), Leslie Huerth (attorney Sara E Cook), Jeffrey Saeger (attorney Sara E
            Cook), Lynn McCarthy, Jayne Ehlert Saeger (attorney Sara E Cook), Orland
            McCarthy (attorney Sara E Cook), Orland and Vicki McCarthy, Vicki McCarthy
            (attorney Sara E Cook), Jenny Lee (attorney Sara E Cook) . (Gae, Hannah)

                                            Docket #:    1

<span style="color:red">Paper order was walked
through after the hearing.
Tentative will be the order</span>

**Matter Notes:**

  - NONE LISTED -        <span style="color:red">**UPLOAD COPY OF
                                TENTATIVE**</span>

# United States Bankruptcy Court
## Central District of California

Los Angeles
Judge Ernest Robles, Presiding
### Courtroom 1568 Calendar

**Wednesday, February 9, 2011**                                                                        **Hearing Room  1568**

<u>10:00 am</u>

Cont....        **EPD Investment Co., LLC**                                                             **Chapter  7**

**Tentative Ruling:**

2/8/2011:  Grant motion for the reasons set forth below:

This is a status hearing on an involuntary Chapter 7 petition filed against EPD Investment Company, LLC ("Alleged Debtor"). The involuntary petition was filed against the Alleged Debtor on December 7, 2010 by Petitioning Creditors Arthur Huerth, Leslie Huerth, the estate of Dale Saeger, Jayne Saeger, Orland McCarthy, Vicki McCarthy, and Jenny Lee (collectively, "Petitioning Creditors").

The Court issued an Involuntary Summons ("Summons") on December 28, 2010. Petitioning Creditors filed a proof of service on January 11, 2011, indicating that the Summons was served on the Alleged Debtor. In addition, Petitioning Creditors and Creditor Michelle Hansel filed a status report regarding the involuntary action with a declaration in support of entry of an order for relief.

The status report indicates a response to the involuntary petition was due within 21 days of service (i.e. before February 1, 2011) and the Alleged Debtor has not responded. Petitioning Creditors request that the Court enter an order for relief against the Alleged Debtor.

A review of the Docket shows no response filed by the Alleged Debtor. A Motion to Quash service of the Summons and Involuntary Petition was filed by the Alleged Debtor on February 2, 2011. The Motion to Quash alleges that the Debtor was not properly served with the Summons and Involuntary Petition. However, the Alleged Debtor, through its counsel John Kirkland, made a general appearance at the hearing on the Motion for the Appointment of an Interim Trustee on January 20, 2011.  "It is elementary that the general appearance of a defendant by attorneys cures al defects in process." *Alaska Smoked Fish Co. v. Fairmont Creamery Co. et al.*, 108 F.2d 959 (6th Cir. 1940).  Counsel did not preserve any objection to service of the Summons or Involuntary Petition and therefore waived the Alleged Debtor's right to claim that it did not receive adequate notice.

Further, as the Petitioning Creditors assert in their status report, the Alleged Debtor has taken actions that indicate to the Court it is fully aware of the Involuntary Petition filed against it. The Court takes judicial notice of the Notices of Automatic Stay that were filed by the Alleged Debtor in pending state court litigation. In the Notices, the Alleged Debtor seeks to take advantage

# United States Bankruptcy Court
## Central District of California

Los Angeles

Judge Ernest Robles, Presiding

### Courtroom 1568 Calendar

**Wednesday, February 9, 2011**                  **Hearing Room 1568**

10:00 am

**Cont....  EPD Investment Co., LLC**                  **Chapter 7**

of the automatic stay of § 362, stating that the Involuntary Petition filed against the Alleged Debtor operates to stay the state court proceedings against it. Most significantly, the Alleged Debtor attaches as "Exhibit A" to these Notices, a copy of the Involuntary Petition.

    The Court finds the Alleged Debtor's actions in this Court and in the state court actions provide a basis sufficient for the court to conclude as a matter of law that there has been no defect in service of the Summons and Involuntary Petition. Because the Alleged Debtor failed to respond to the Involuntary Petition by the deadline, the Court grants the motion for the entry of an order for relief.

No appearance is required if submitting on the court's tentative ruling. If submitting on the tentative, please contact the judge's law clerks, Amber Burroff or Helene Kaya at 213-894-1522. Should an opposing party file a late opposition or appear at the hearing, the court will determine whether further hearing is required and Applicant will be so notified. If you wish to make a telephonic appearance, contact Court Call at 888-882-6878, ext. 188 no later than one hour before the hearing.

| Party Information |
|---|

Debtor(s):
    EPD Investment Co., LLC

Movant(s):
    EPD Investment Co., LLC

    Arthur Huerth                                Represented By
                                                 Sara E Cook

    Jayne Ehlert Saeger                         Represented By
                                                 Sara E Cook

    Jeffrey Saeger                                Represented By
                                                 Sara E Cook