B6F (Official Form 6F) (12/07)

In re  EPD Investments LLC,                                              Case No. 2:10-bk-62208-ER
_____                                         _____
                    Debtor                                                    (If known)

# SCHEDULE F- CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Rosemary Adamson c/o Greg Adamson 3710 E. Goldfinch Gate Lane Phoenix, AZ 85044 | | | 06/18/012 | | | | 29,068.00 |
| ACCOUNT NO. Greg Adamson 3710 E. Goldfinch Gate Lane Phoenix, AZ 8504 | | | 01/01/01 05/20/99 | | | | 180,540.23 51,171.36 |
| ACCOUNT NO. Kathleen Adamson Trust 9609 Mountain View Terrace Salinas, CA 93907 | | | 02/28/07 04/16/08 | | | | 54,555.23 25,000.00 |
| ACCOUNT NO. Patricia Adamson 2457 E. Desert Flower Phoenix, AZ 85048 | | | 06/01/03 05/10/00 | | | | 693,767.20 609,116.12 |

Subtotal➤ $

15 continuation sheets attached

Total ➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Jerry Alba <br> 3910 Emerald St., #213 <br> Torrance, CA 90503 | | | 10/03/80 | | | | 11,455.46 |
| ACCOUNT NO. <br> Bridgett Hansel Andrews Est. <br> 643 Palisades Beach Road <br> Santa Monica, CA 90402 | | | 07/21/04 <br> 09/04/02 | | | | 1,080,600.70 <br> 121,258.87 |
| ACCOUNT NO. <br> Dan Aronovsky <br> 108 Howard Drive <br> Tiburon, CA 94920 | | | 01/27/07 | | | | 30,724.87 |
| ACCOUNT NO. <br> Varoujan & Nora Aslanian <br> 18781 Dylan Street <br> Northridge, CA 91326 | | | 11/01/07 | | | | 175,000.00 |
| ACCOUNT NO. <br> Barch Family <br> 4933 S. Dorchester #1 <br> Chicago, IL 60615 | | | 11/01/94 | | | | 211,448.40 |

Sheet no. 2 of __ continuation sheets attached to Schedule
of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $

Total ➤ | $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re EPD Investmets LLC,                                    Case No. 2:10-bk-62208-ER
_____                             _____
                    **Debtor**                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Dave Bazenky <br> 8211 22nd Street <br> Westminster, CA 92683 | | | 01/22/91 | | | | 1,000.00 |
| ACCOUNT NO. <br> Susan Bazzo <br> 52 Oak Tree Drive <br> Rancho Mirage, CA 92207 | | | 11/01/06 | | | | 50,000.00 |
| ACCOUNT NO. <br> Julie Becnel <br> 1905 North Avenue 52 <br> Los Angeles, CA 90042 | | | 05/17/90 | | | | 5,787.11 |
| ACCOUNT NO. <br> John Belt <br> 2457 E. Deser Flower Lane <br> Phoenix, AZ 85048 | | | 10/06/06 <br> 02/17/09 | | | | 330,000.00 <br> 59,000.00 |
| ACCOUNT NO. <br> Donald & Barbara Benefiel <br> 811 E. Glencrest Drive <br> Spokane, WA 99208 | | | 05/01/09 | | | | 40,000.00 |

Sheet no 3 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶   $

Total ▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)   $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 4 of 37

In re EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                              _____
          Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Marvin & Betty Blum <br> 24688 Toledo Lane <br> Lake Forest, CA 92630 | | | 05/15/03 | | | | 136,845.10 |
| ACCOUNT NO. <br><br> Carol J. Bochner <br> 2162 Gunnison Place <br> Henderson, NV 89044 | | | 06/09/08 | | | | 30,000.00 |
| ACCOUNT NO. <br><br> Agostino Brama <br> 13738 La Jara Circle <br> Cerritos, CA 90703 | | | 12/05/88 <br> 12/18/07 <br> 09/05/02 | | | | 17,891.71 <br> 19,771.60 <br> 111,704.42 |
| ACCOUNT NO. <br><br> Raymond Brosio <br> 7340 Eldora <br> Las Vegas, NV 89117 | | | 09/13/04 | | | | 959,149.98 |
| ACCOUNT NO. <br><br> Brosio Family <br> 7340 Eldora <br> Las Vegas, NV 89117 | | | 09/23/99 | | | | 221,803.96 |

Sheet no 4 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $

Total ►
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)    $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 5 of 37

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                              _____
            Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Steve & Cynthia Brosio <br> 771 S. Buffalo Grove Rd. <br> Buffalo Grove, IL 60089 | | | 10/01/99 | | | | 94,133.96 |
| ACCOUNT NO. <br> Robert Browne <br> 1420 Ambassador Bld 2 #303 <br> Los Angeles, CA 90035 | | | 01/29/96 | | | | 573,815.00 |
| ACCOUNT NO. <br> Rick Browne <br> 17341 Clark Street <br> Encino, CA 91316 | | | 1/13/04 | | | | 268,506.42 |
| ACCOUNT NO. <br> Suzanne Browne <br> 231 Mullen Avenue <br> San Francisco, CA 94110 | | | 08/20/09 | | | | 191,457.44 |
| ACCOUNT NO. <br> Maximillian A. Mead <br> 231 Mullen Avenue <br> San Francisco, CA 94110 | | | 04/1706 | | | | 74,949.98 |

Sheet no 5 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 6 of 37

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                                _____
            Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  William Browne  4919 Noeline avenue  Encino, CA 91436 | | | 03/02/02 | | | | 251,435.35 |
| ACCOUNT NO.  Mitch Carter/McCarter Lsng  2067 Palos Verdes Dr. North  Lomita, CA 90717 | | | 02/15/02 | | | | 649,881.62 |
| ACCOUNT NO.  Alan & Gail Charap  517 Arrowhead Drive  Palm Desert, CA 92211 | | | 03/29/06 | | | | 648,413.80 |
| ACCOUNT NO.  Janet Cooper  10430 Wilshire Boulevard, #103  Los Angeles, CA 90024 | | | 04/07/99 | | | | 200,061.16 |
| ACCOUNT NO.  Larry Cooper  76-464 Via FIrenze  Indian Wells, CA 92210 | | | 01/07/99  04/07/00 | | | | 559,555.78  969,428.50 |

Sheet no 6 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.          Main Document      Page 7 of 37

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                          _____
             **Debtor**                                                   **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Brian Danielewicz <br> 740 Florsheim Drive <br> Libertyville, IL 60048 | | | 12/16/08 | | | | 140,000.00 |
| ACCOUNT NO. <br> John Dittmar <br> 2177 Fern Dell Place <br> Los Angeles, CA 90068 | | | 08/07/07 | | | | 534,500.00 |
| ACCOUNT NO. <br> Dorian Films <br> P.O. Box 770001 <br> Cincinnati, OH 45277-0003 | | | 04/20/87 | | | | 76,720.70 |
| ACCOUNT NO. <br> Betty Druckman <br> 10560 Wilshire Boulevard, #1204 <br> Los Angeles, CA 90024 | | | 09/13/89 | | | | 2,078,684.00 |
| ACCOUNT NO. <br> Valerie Druckman <br> 12026 Hoffman Street, #103 <br> Studio City, CA 91604 | | | 04/26/05 <br> 08/14/06 | | | | 7,000.00 <br> 13,741.00 |

Sheet no 7 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 8 of 37

In re  EPD Investments LLC,                                      Case No. 2:10-bk-62208-ER
_____                         _____
              **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Marilyn J. Emigh <br> 84 Pepperidge Drive <br> Geneva, OH 44041 | | | 03/14/05 <br> 03/14/05 | | | | 82,400.00 <br> 35,867.79 |
| ACCOUNT NO. <br> Andrew Inkeles <br> 7839 Naylor Avenue <br> Los Angeles, CA 90045 | | | 05/08/08 <br> 05/08/08 | | | | 221,000.00 <br> 210,749.44 |
| ACCOUNT NO. <br> Raymond Emigh <br> 84 Pepperiidge Drive <br> Geneva, OH 44041 | | | 01/03/05 <br> 06/13/06 <br> 03/12/04 | | | | 3,690.14 <br> 51,347.00 <br> 222,106.20 |
| ACCOUNT NO. <br> Engdahi Family <br> 1834 Pandora Avenue <br> Los Angeles, CA 90025 | | | 06/30/05 | | | | 44,390.13 |
| ACCOUNT NO. <br> Helen Engle <br> 445 Riverfront Drive <br> Bullhead City, AZ 86442 | | | 08/01/88 | | | | 18,450.63 |

Sheet no 8 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.          Main Document        Page 9 of 37

In re  EPD Investments LLC,                                  Case No. 2:10-bk-62208-ER
_____                              _____
            **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Kate Enggren <br> 10 26th Avenue <br> Venice, CA 90291 | | | 05/14/02 | | | | 59,010.19 |
| ACCOUNT NO. <br> Erika Enggren <br> 10 26th Avenue <br> Venice, CA 90291 | | | 07/07/10 | | | | 16,000.00 |
| ACCOUNT NO. <br> Brit Enggren <br> 7013 Willoughby Avenue <br> Los Angeles, CA 90038 | | | 04/22/04 | | | | 47,287.41 |
| ACCOUNT NO. <br> Rick Fall <br> 11569 ½ Riverside Drive <br> Valley Village, CA 93001 | | | 11/26/03 | | | | 230,982.94 |
| ACCOUNT NO. <br> Ferro Family Trust <br> 1738 Vista Del Mar Avenue <br> Ventura, CA 93001 | | | 03/28/06 | | | | 350,736.34 |

Sheet no. 9 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶     $

Total ▶     $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 10 of 37

In re  EPD Investments LLC,                                        Case No. 2:10-bk-62208-ER
          Debtor                                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>John & Susan Ferro<br>1738 Vista Del Mar Avenue<br>Ventura, CA 93001 | | | 02/11/08 | | | | 30,000.00 |
| ACCOUNT NO.<br><br>Rosa Ferro<br>23448 Mooshadows Drive<br>Malibu, CA 90265 | | | 06/04/07<br>06/04/07 | | | | 155,737.32<br>67,427.00 |
| ACCOUNT NO.<br><br>Thomas Ferro<br>23448 Mooshadows Drive<br>Malibu, CA 90265 | | | 02/15/01<br>07/02/04 | | | | 978,090.91<br>599,000.00 |
| ACCOUNT NO.<br><br>Moon Shadows<br>23448 Mooshadows Drive<br>Malibu, CA 90265 | | | 12/15/01 | | | | 396,040.00 |
| ACCOUNT NO.<br><br>Adam & Stacy Glick<br>14 El Quanito Way<br>Burlingame, CA 94010 | | | 02/09/07 | | | | 50,000.00 |

Sheet no 10_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤   $

Total➤   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____            _____
              Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Dr. Melvin & Elen Glick<br>951 Mesa Grande Drive<br>Palm Desert, CA 92211 | | | 01/31/07 | | | | 1,395,301.66 |
| ACCOUNT NO.<br><br>Susan & Howard Gordon<br>1225 Idaho Avenue<br>Santa Monica, CA 90403 | | | 02/22/06 | | | | 66,227.90 |
| ACCOUNT NO.<br><br>Howard Gordon<br>833 Ocean Avenue #306<br>Santa Monica, CA 90403 | | | 02/25/08 | | | | 527,413.06 |
| ACCOUNT NO.<br><br>Susan Gordon<br>1225 Idaho Avenue<br>Santa Monica, CA 90403 | | | 03/26/07<br>12/17/03 | | | | 1,081,149.59 |
| ACCOUNT NO.<br><br>Ralph Grande<br>31 West Robertson Street<br>Palatine, IL 60067 | | | 10/10/07<br>02/03/09<br>02/17/02 | | | | 491,881.32<br>88,000.00<br>99,000.00 |

Sheet no 11 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ $

Total➤ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 12 of 37

In re EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                              _____
              Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Beverlee Greene<br>34969 Mission Hills Dr.<br>Rancho Mirage, CA 92270 | | | 01/01/94 | | | | 26,435.14 |
| ACCOUNT NO.<br>RIck Gutierrez<br>1286 N. Sweetzer Avenue<br>West Hollywood, CA 90069 | | | 06/04/04 | | | | 53,280.00 |
| ACCOUNT NO.<br>Donald & Joann Hagans<br>5 Sunset Way<br>Henderson, NV 89014 | | | 04/24/06<br>07/20/06 | | | | 518,522.45<br>353,800.00 |
| ACCOUNT NO.<br>Todd & Cindy Hagans<br>7573 Javelina Ct.<br>Las Vegas, NV 89113 | | | 05/22/07 | | | | 85,000.00 |
| ACCOUNT NO.<br>Norman Hanover<br>141 White Horse Trail<br>Palm Desert, CA 92211 | | | 05/01/02<br>09/15/07 | | | | 575,663.91<br>687,568.11 |

Sheet no 12_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total➤
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 13 of 37

In re EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                              _____
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Mary Lou Hanover <br> 141 White Horse Trail <br> Palm Desert, CA 92211 | | | 12/06/05 | | | | 38,944.32 |
| ACCOUNT NO. <br> Michelle Hansel <br> 213 El Camino Drive <br> Beverly Hills, CA 90211 | | | 11/07/06 | | | | 529,000.00 |
| ACCOUNT NO. <br> Alan & Joyce Harvey <br> 8229 Thoroughbred Street <br> Alta Loma, CA 91701 | | | 12/31/01 | | | | 593,972.94 |
| ACCOUNT NO. <br> Linda & Stephen Hirsch <br> 4459 Terracemeadow Court <br> Moorpark, CA 93021 | | | 05/21/08 | | | | 50,000.00 |
| ACCOUNT NO. <br> Fred Hooper <br> 19007 Prescott Drive <br> Woodinville, WA 98072 | | | 12/31/05 | | | | 8,793.72 |

Sheet no. 13_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤ | $

Total➤
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.) | $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc

B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 14 of 37

In re EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
                    **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Arthur Heurth 1391 Prescott Drive Volo, IL 60020 |  |  | 12/15/05 6/13/05 |  |  |  | 238,593.42 211,288.90 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Leslie Huerth P.O. Box 372 Lake Zurich, IL 60047 |  |  | 06/13/05 |  |  |  | 10,000.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| IPX Properties address unknown |  |  | unknown |  |  |  | 35,000.00 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| David Jenison 1555 Vine Street, #583V Los Angeles, CA 90028 |  |  | 02/23/09 |  |  |  | 141,616.52 |
| ACCOUNT NO. |  |  |  |  |  |  |  |
| Richard Joy 29500 Heather Cliff Road, #228 Malibu, CA 90265 |  |  | 01/15/09 01/15/09 |  |  |  | 1,365,317.30 56,997.00 |

Sheet no. 14 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $

Total ▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re EPD Investments LLC,                              Case No. 2:10-bk-62208-ER
_____                        _____
              Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Deanne Joy<br>29500 Heather Cliff Road, #228<br>Malibu, CA 90265 | | | 01/15/09 | | | | 20,000.00 |
| ACCOUNT NO.<br>Kamisher Family<br>31012 Canterbury Place<br>Laguna Niguel, CA 92677 | | | 09/12/95 | | | | 286,897.35 |
| ACCOUNT NO.<br>Kamps Family<br>3137 Hartford Court<br>Greenbay, WI 54313 | | | 10/05/99 | | | | 108,135.54 |
| ACCOUNT NO.<br>Roland Katavic<br>9904 Cozy Glen Court<br>Las Vegas, NV 89117 | | | 01/10/08 | | | | 91,242.38 |
| ACCOUNT NO.<br>Richard & Anita Keech<br>16878 Charmel Lane<br>Pacific Palisades, CA 90272 | | | 10/09/07 | | | | 963,498.00 |

Sheet no 15_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ► $

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re EPD Investments LLC,                                          Case No. 2:10-bk-62208-ER
              Debtor                                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Sylvia Klainman 18210 Andrea Circle S #4 Northridge, CA 91325 | | | 05/20/02 | | | | 100,000.00 |
| ACCOUNT NO. Edward Knowles 4212 Saint Clair Avenue Studio City, CA 91604 | | | 03/31/97 | | | | 15,000.00 |
| ACCOUNT NO. Janet Knowles 14 Summer Hill Harbeldon, Canterbury Kent, England CT28NH | | | 04/20/06 | | | | 9,000.00 |
| ACCOUNT NO. Donna Kraft 3928 Windansea Street Las Vegas, CA 89147 | | | 05/08/00 09/10/99 | | | | 47,086.94 553,223.26 |
| ACCOUNT NO. Richard Kraft 9550 W. Sahara #2071 Las Vegas, NV 8917 | | | 09/10/99 | | | | 368,85.50 |

Sheet no 16_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶    $

Total ▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
                        Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Cynda Lancaster<br>2208 Colony Plaza<br>Newport Beach, CA 92660 | | | 04/23/04 | | | | 315,189.7 |
| ACCOUNT NO.<br><br>Donna Leff<br>7165 Rockridge Terrace<br>West Hills, CA 91038 | | | 08/08/12 | | | | 172,993 |
| ACCOUNT NO.<br><br>Jack Leff<br>7165 Rockridge Terrace<br>West Hills, CA 91038 | | | 07/16/08<br>08/17/05 | | | | 293,853.13<br>496,616.68 |
| ACCOUNT NO.<br><br>Donna & Jack Leff<br>7165 Rockridge Terrace<br>West Hills, CA 91038 | | | 08/17/05 | | | | 74,187.73 |
| ACCOUNT NO.<br><br>Richard Lefkovits<br>5196 Hillridge  Drive<br>Camarillo, CA 93012 | | | 12/27/88<br>08/05/08 | | | | 8,393,68<br>40,838.00 |

Sheet no 17_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                              _____
              Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> William Lefkowits <br> 2986 Edmonton Road <br> Glendale, CA 91206-1319 | | | 01/18/05 | | | | 25,376.81 |
| ACCOUNT NO. <br><br> Gloria Levan <br> 37-05 88th Street, Apt 5-D <br> Jackson Heights, NY 11372 | | | 12/31/95 | | | | 25,000.00 |
| ACCOUNT NO. <br><br> Michael Levan <br> 1815 ½ Pandora Avenue <br> Los Angeles, CA 90025 | | | 12/31/95 | | | | 60,000.00 |
| ACCOUNT NO. <br><br> Eugene & Laura Lim <br> 2202 San Vicente Blvd. <br> Santa Monica, CA 90402 | | | 11/01/03 | | | | 791,777.63 |
| ACCOUNT NO. <br><br> Stephen E. Lim <br> 16133 Sunnyview <br> Hacienda Heights, CA 91745 | | | 10/09/07 | | | | 346,534.96 |

Sheet no 18_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                                  _____
        **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Brett Limdskog<br>627 N. Rossmore, #106<br>Los Angeles, CA 90004 | | | 03/21/06 | | | | 40,425.72 |
| ACCOUNT NO.<br>Orland & Vicki McCarthy<br>4616 W. Main Street<br>West Dundee, IL 60118 | | | 03/24/00 | | | | 586,705.64 |
| ACCOUNT NO.<br>Lindsie McKeon/Jane Jackson<br>735 N. Niagra Street<br>Burbank, CA 91505 | | | 10/10/07 | | | | 85,020.77 |
| ACCOUNT NO.<br>Miller Carbonic<br>530 West Root Street<br>Chicago, IL 60609 | | | 01/01/86 | | | | 867,476.80 |
| ACCOUNT NO.<br>Miller Investment Plan<br>530 West Root Street<br>Chicago, IL 60609 | | | Unknown | | | | 908,530.80 |

Sheet no 19_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)   $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

Case 2:10-bk-62208-ER    Doc 105    Filed 04/15/11    Entered 04/15/11 02:32:29    Desc
B6F (Official Form 6F) (12/07) - Cont.    Main Document    Page 20 of 37

In re EPD Investments LLC, _____          Case No. 2:10-bk-62208-ER _____
                    **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Barbara Mintz <br> 333 Norwich Court <br> Munster, IN 46321 | | | 10/31/07 | | | | 198,273.05 |
| ACCOUNT NO. <br> Robert & Helen Moore <br> 3475 Berry Drive <br> Studio City, CA 91604 | | | 01/09/09 | | | | 200,882.05 |
| ACCOUNT NO. <br> Robert Nardi <br> 52 Oak Tree Drive <br> Rancho Mirage, CA 9227 | | | 11/01/06 <br> 03/05/09 | | | | 172,270.00 <br> 100,629.21 |
| ACCOUNT NO. <br> Robert Perry <br> 4212 Saint Clair Avenue <br> Studio City, CA 9160 | | | 03/27/97 | | | | 66,190.23 |
| ACCOUNT NO. <br> Isis Burkholder <br> 1834 Preston Avenue <br> Los Angeles, CA 90026 | | | 02/27/08 | | | | 293,758.65 |

Sheet no. 20_ of ___ continuation sheets attached                              Subtotal▶   $
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

                                                                                  Total▶   $
                        (Use only on last page of the completed Schedule F.)
                (Report also on Summary of Schedules and, if applicable on the Statistical
                        Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re  EPD Investments LLC,_____          Case No._2:10-bk-62208-ER_____
                        **Debtor**                                                    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Forrest Penner/Maria Herbst <br> 1834 Preston Avenue <br> Los Angeles, CA 90026 | | | 03/28/08 | | | | 727,732.21 |
| ACCOUNT NO. <br> Janice Petrook <br> 25/3 Pinkas Street <br> Tel Aviv, ISRAEL 62662 | | | 12/29/03 | | | | 309,001.07 |
| ACCOUNT NO. <br> John S. Bently <br> 118 Ivy Drive, #8 <br> Charlottsville, VA 22903 | | | 03/01/04 | | | | 10,000.00 |
| ACCOUNT NO. <br> Ronald Pokres <br> 5216 Yarmouth #302 <br> Encino, CA 91316 | | | 10/01/04 <br> 02/02/95 | | | | 85,358.00 <br> 40,000.00 |
| ACCOUNT NO. <br> Lucas Pols <br> 437 Sycamore Road <br> Santa Monica, CA 90402 | | | 12/31/05 | | | | 1,300.00 |

Sheet no 21_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)    $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
            Debtor                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>R.Pressman/M.Zeind<br>217 Centennial Street<br>Santa Cruz, CA 95060 | | | 12/31/95 | | | | 546,391.63 |
| ACCOUNT NO.<br>Jerrold Pressman<br>10 26th Street<br>Venice, CA 90291 | | | 12/31/95 | | | | 2,311,325.84 |
| ACCOUNT NO.<br>Keith Pressman<br>724 19th Street<br>Santa Monica, CA 90402 | | | 12/31/95 | | | | 2,311,325.84 |
| ACCOUNT NO.<br>Pressman Trust<br>10 26th Street<br>Venice, CA 90291 | | | 12/31/95 | | | | 101,300.00 |
| ACCOUNT NO.<br>Lynn Levine<br>Avigur 7/21, 69379 Israel,<br>Azorei Chen ISRAEL | | | 12/3/05 | | | | 419,179.91 |

Sheet no. 22 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶  $

Total ▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                            _____
                    Debtor                                                  (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **ACCOUNT NO.** Jeff Rappaport 8911 Independence Ave Canoga Park, CA 91304 | | | 06/27/96 | | | | 371,511.00 |
| **ACCOUNT NO.** Rogert Reiinhart 4905 Van Noord Avenue Sherman Oaks, CA 91432 | | | 01/01/91 01/01/87 | | | | 332,667.19 165,178.42 |
| **ACCOUNT NO.** John Richardson 9917 Robin Oaks Drive Las Vegas, NV 89117 | | | 10/09/07 05/29/01 | | | | 336,184.14 498,000.00 |
| **ACCOUNT NO.** Juan Rincon 4728 N. Racinee Avenue #1E Chicago, IL 60640 | | | 06/12/03 | | | | 9,558.44 |
| **ACCOUNT NO.** Michael Robins 190 Figone Lane Ben Lomond, CA 95005 | | | 12/12/05 | | | | 182,446.71 |

Sheet no 23_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)
$

American LegalNet, Inc.
www.FormsWorkflow.com

In re  EPD Investments LLC,                              Case No. 2:10-bk-62208-ER
                 **Debtor**                                            **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Cristina & Pon Robles <br> 1448 Robles Drive <br> Chula Vista, CA 91911 | | | 01/14/04 | | | | 2,350.30 |
| ACCOUNT NO. <br> Jim Rosenbaum trust <br> 21 W. 741 Beemis Road <br> Glen Ellyn, IL 60137 | | | 05/11/89 | | | | 429,812.79 |
| ACCOUNT NO. <br> Dale Saeger <br> 551 E. Edwards Avenue <br> East Dundee, IL 60118 | | | 09/07/04 <br> 05/10/04 | | | | 81,963.47 <br> 160,828.31 |
| ACCOUNT NO. <br> Jayne Saeger <br> 551 E. Edwards Avenue <br> East Dundee, IL 60118 | | | 07/26/02 <br> 04/08/03 | | | | 390,238.73 <br> 319,872.12 |
| ACCOUNT NO. <br> Dr. David Sauber <br> 118 Ivy Drive, #8 <br> Charlottesville, VA 22903 | | | 11/19/0 | | | | 60,476.27 |

Sheet no 24_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)    $

American LegalNet, Inc.
www.FormsWorkflow.com

In re EPD Investments LLC, _____    Case No. 2:10-bk-62208-ER _____
　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　　　　　　　　**(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Wilton Schiller <br> 11756-D Moorepark Street <br> Studio City, CA 91604 | | | 11/24/03 | | | | 374,761.93 |
| ACCOUNT NO. <br><br> Shyrlee Schor <br> 5216 Yarmouth, #302 <br> Encino, CA 91316 | | | 02/13/95 | | | | 148,476.00 |
| ACCOUNT NO. <br><br> Chelsea Seltzer <br> 251 Washington Avenue, #5 <br> Brooklyn, NY 11205 | | | 05/24/02 | | | | 71,889.60 |
| ACCOUNT NO. <br><br> Jill Seltzer <br> 910 N. Lake Shore Drive, #2519 <br> Chicago, IL 60611 | | | 12/27/02 | | | | 117,635.00 |
| ACCOUNT NO. <br><br> Scott Seltzer <br> 910 N. Lake Shore Drive, #2519 <br> Chicago, IL 6011 | | | 10/09/07 | | | | 898,675.12 |

Sheet no. 25_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re EPD Investments LLC,                                Case No. 2:10-bk-62208-ER
              Debtor                                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Seymour Seltzer<br>1655 Lake Cook Road, #141<br>Highland Park, IL 60035 | | | 06/26/03 | | | | 473,942.51 |
| ACCOUNT NO.<br>Sheryl Seltzer<br>3152 Egan Road<br>Laguna Beach, CA 92651 | | | 12/26/01 | | | | 483,487.05 |
| ACCOUNT NO.<br>Stacey Seltzer<br>910 N. Lake Shore Drive, #2519<br>Chicago, IL 60611 | | | 06/19/00 | | | | 85,000.00 |
| ACCOUNT NO.<br>Ron M. Sharrow2211<br>111 Desert Holly drive<br>Palm Desert, CA | | | 11/09/07<br>06/18/08 | | | | 235,847.80<br>288,904.00 |
| ACCOUNT NO.<br>June B. Shayne<br>2496 Santa Ynez Way<br>Palm Springs, CA 92264 | | | 04/29/08 | | | | 299,703.05 |

Sheet no 26_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)   $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                               _____
            Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Scott Sherman<br>1844 Heather Court<br>Salon, IA 52333 | | | 07/23/08 | | | | 101,000.00 |
| ACCOUNT NO.<br>Fred Silver<br>2610 Gold Mine Road<br>Brookville, MD 20833 | | | 01/12/99 | | | | 290,000.00 |
| ACCOUNT NO.<br>Bobbi Sloan<br>6041 Fenwood<br>Woodland Hills, CA 91367 | | | 09/02/0 | | | | 977,563.59 |
| ACCOUNT NO.<br>Paul Sloan<br>6041 Fenwood<br>Woodland Hills, CA 91367 | | | 01/11/07 | | | | 163,70.78 |
| ACCOUNT NO.<br>Paul & Bobbi Sloan<br>6041 Fenwood<br>Woodland Hills, CA 91367 | | | 11/01/07 | | | | 130,630.35 |

Sheet no 27_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07) - Cont.**

In re EPD Investments LLC,                                           Case No. 2:10-bk-62208-ER
_____                                   _____
          **Debtor**                                                        **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Sporting Image <br> Unknown | | | 09/30/96 | | | | 10,000.00 |
| ACCOUNT NO. <br> Cynthia Spritzer <br> 263 Congressional Ave #111 <br> Rockville, MD 20852 | | | 02/19/02 | | | | 291,129.12 |
| ACCOUNT NO. <br> Mark & Laura Stern <br> 2422 N. Burling Street <br> Chicago, IL 60614 | | | 11/18/09 | | | | 40,000.00 |
| ACCOUNT NO. <br> Brett Strong <br> 3100 Donald Douglas Loop N <br> Santa Monica, CA 90405 | | | 09/30/01 | | | | 5,876.54 |
| ACCOUNT NO. <br> Lori Sugarman <br> 6321 Pine Ridge Court #3B <br> Tinley Park, IL 60477 | | | 02/98/84 <br> 11/03/98 | | | | 594,815.00 <br> 138,179.00 |

Sheet no 28_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)    $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re EPD Investments LLC,_____    Case No._2:10-bk-62208-ER_____
                    **Debtor**                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Steve Tannen <br> 735 N. Niagara Street <br> Burbank, CA 91505 | | | 10/08/07 | | | | 57,738.26 |
| ACCOUNT NO. <br> Cassondra Todd <br> 2208 Colony Plaza <br> Newport Beach, CA 91505 | | | 06/26/09 | | | | 90,298.63 |
| ACCOUNT NO. <br> True Position Technologies <br> 24900 Avenue Stanford <br> Valencia, CA 91355 | | | 03/20/98 | | | | 5,000.00 |
| ACCOUNT NO. <br> Lynne Trecroci <br> 3822-45th Avenue <br> Kenosha, WI 53144 | | | 06/29/04 | | | | 7,316.52 |
| ACCOUNT NO. <br> Susan Urban <br> 699 Country Road, #216 <br> Durango, CO 53144 | | | 06/23/95 | | | | 100,000.00 |

Sheet no. 29_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $

Total▶    $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com

In re  EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
                    Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Marietta Vise <br> 2140 Bastia <br> Newport Beach, CA 92660 | | | 12/31/95 | | | | 148,414.42 |
| ACCOUNT NO. <br> Christopher Watson <br> 245 Reading Road <br> East Earl, PA 17519-0158 | | | 10/09/07 | | | | 235,836.46 |
| ACCOUNT NO. <br> Elizabeth Kelly Watson <br> 3003 2nd Street, #4 <br> Santa Monica, CA 90405 | | | 10/03/05 <br> 10/25/04 | | | | 184,858.46 <br> 91,336.00 |
| ACCOUNT NO. <br> Wayne Weissman <br> 125 White Horse Trail <br> Palm Desert, CA 92211 | | | 10/30/06 | | | | 52,000.00 |
| ACCOUNT NO. <br> Jim Wheeler <br> 401 California Street <br> El Segundo, CA 90245 | | | 08/28/01 <br> 11/07/02 | | | | 8,230.07 <br> 9,500.00 |

Sheet no. 30_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)  $

American LegalNet, Inc.
www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07) - Cont.**

In re EPD Investments LLC, _____   Case No. 2:10-bk-62208-ER _____
           **Debtor**                                                      **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO.<br>Richard Joy<br>29500 Heather Cliff Road, #228<br>Malibu, CA 90265 | | | | | | | |

Sheet no. 14_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal➤    $

Total➤
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)    $

American LegalNet, Inc.
www.FormsWorkflow.com

In re EPD Investments LLC,                                      Case No. 2:10-bk-62208-ER
                 Debtor                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Daniel Weiner 55 Cottage Lane Aliso Viejo, CA 92656 | | | 03/11/96 | | | | 541,171.17 |
| ACCOUNT NO. Robert & Jayne Wiles 10065 Gulf Blvd. Treasure Island, FL 33796 | | | 12/03/01 | | | | 119,555.14 |
| ACCOUNT NO. Lenora Zanon 2140 Bastia Newport Beach, CA 92660 | | | 12/31/05 | | | | 73,133.01 |
| ACCOUNT NO. Jackie Zeman 21613 Rambla Vista Malibu, CA 90265 | | | 04/15/07 04/02/08 | | | | 1,712,148.30 99,373.02 |
| ACCOUNT NO. Jaclyn Zeman Productions 21613 Rambla Vista Malibu, CA 90265 | | | 02/11/08 | | | | 1,604,058.60 |

Sheet no 32 of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re  EPD Investments LLC,                                        Case No. 2:10-bk-62208-ER
                    **Debtor**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Steve Brusio<br>771 S. Buffalo Grove Road<br>Buffalo Grove, IL 60089 | | | 01/11/01 | | | | 21,000.00 |
| ACCOUNT NO.<br><br>Cynthia Brosio<br>771 S. Buffalo Grove Road<br>Buffalo Grove, IL 60089 | | | 01/30/01 | | | | 61,249.76 |
| ACCOUNT NO.<br><br>John Richardson<br>9917 Robin Oaks Drive<br>Las Vegas, NV 89117 | | | 10/09/07 | | | | 195,168.81 |
| ACCOUNT NO.<br><br> | | | | | | | |
| ACCOUNT NO.<br><br> | | | | | | | |

Sheet no 33_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶   $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)   $

American LegalNet, Inc.
www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07) - Cont.**

In re EPD Investments LLC, _____    Case No. 2:10-bk-62208-ER _____
            **Debtor**    **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> John Dittmar <br> 2177 Fern Dell Place <br> Los Angeles, CA 90068 | | | UNKNOWN | X | | | 318,200.00 |
| ACCOUNT NO. <br> Pat Adamson <br> 2457 E. Desert Flower <br> Phoenix, AZ 85048 | | | UNKNOWN | X | | | 172,736.68 |
| ACCOUNT NO. <br> Mitch Carter <br> 2067 Palos Verdes Dr. North <br> Lomita, CA 90717 | | | UNKNOWN | X | | | 186,508.15 |
| ACCOUNT NO. <br> Raymond Emigh <br> 84 Pepperidge Dr. <br> Geneva, OH 44041-9106 | | | UNKNOWN | X | | | 60,000.00 |
| ACCOUNT NO. <br> Fall Leasing <br> 11569 ½ Riverside Drive <br> Valley Village, CA 91602 | | | UNKNOWN | X | | | 31,774.92 |

Sheet no. 34_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 

Total▶ 
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$ 

American LegalNet, Inc.
www.FormsWorkflow.com

**B6F (Official Form 6F) (12/07) - Cont.**

In re EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
_____                                   _____
              Debtor                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> Grande Canyon Leasing <br> 31 West Robertson Street <br> Palatine, IL 60067 | | | UNKNOWN | X | | | 32,000.00 |
| ACCOUNT NO. <br><br> Stanton Greene <br> 34969 Mission Hills Drive <br> Rancho Mirage, CA 92270 | | | UNKNOWN | X | | | 39,408.32 |
| ACCOUNT NO. <br><br> Arthur Huerth <br> 1391 Prescott Drive <br> Volo, IL 60020 | | | UNKNOWN | X | | | 380,770.80 |
| ACCOUNT NO. <br><br> William Jetter <br> 209 Oakfield Estates Drive <br> Plainfield, IL 60586 | | | UNKNOWN | X | | | 128,326.08 |
| ACCOUNT NO. <br><br> Kraft Leasing <br> 3928 Windansea Street <br> Las Vegas, NV 89147 | | | UNKNOWN | X | | | 200,951.93 |

Sheet no. 35_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

$

American LegalNet, Inc.
www.FormsWorkflow.com

In re  EPD Investments LLC, _____      Case No. 2:10-bk-62208-ER _____
                 **Debtor**                                                     **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Moon Shadows Leasing<br>23448 Moon Shadows Drive<br>Malibu, CA 90265 | | | UNKNOWN | X | | | 7,062.65 |
| ACCOUNT NO.<br>Roger Reinhart<br>4905 Van Noord Avenue<br>Sherman Oaks, CA 91423 | | | UNKNOWN | X | | | 33,465.32 |
| ACCOUNT NO.<br>Wilton Schiller<br>11756-D Moorepark Street<br>Studio City, CA 91604 | | | UNKNOWN | X | | | 114,742.64 |
| ACCOUNT NO.<br>Shadow Springs<br>111 Desert Holly Drive<br>Palm Desert, CA 92211 | | | UNKNOWN | X | | | 9,973.16 |
| ACCOUNT NO.<br>Bobbi Sloan<br>6041 Fenwood<br>Woodland Hills, CA 9 | | | UNKNOWN | X | | | 51,898.98 |

Sheet no. 36_ of ___ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $

Total▶
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)  $

American LegalNet, Inc.
www.FormsWorkflow.com

B6F (Official Form 6F) (12/07) - Cont.

In re EPD Investments LLC,                                    Case No. 2:10-bk-62208-ER
                    Debtor                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  Paul & Bobbi Sloan 6041 Fenwood Woodland Hills, CA 91367 | | | UNKNOWN | X | | | 125,038.25 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no 37_ of 37 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶    $

Total▶
(Use only on last page of the completed Schedule F.)    $    57,237,483.35
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

American LegalNet, Inc.
www.FormsWorkflow.com