John C. Kirkland, State Bar No. 149453
John A. Moe II, State Bar No. 066893
**LUCE, FORWARD, HAMILTON & SCRIPPS LLP**
601 S. Figueroa St., Suite 3900
Los Angeles, CA 90017
Telephone: 213.892.4992
Fax No.: 213.452.8035
E-Mail: jkirkland@luce.com

Attorneys for Debtor
EPD INVESTMENT CO., LLC

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| In re | Case No. 2:10-bk-62208-ER |
|---|---|
| EPD INVESTMENT CO., LLC | Chapter 7 |
| Debtor. | *Assigned to Hon. Ernest M. Robles* |
| | **SUBSTITUTION OF ATTORNEY** |

1    Debtor EPD Investment CO., LLC hereby makes the following substitution

2    of attorney:

3    Former legal representative:

4        John C. Kirkland, Esq. (SBN 149453)
         Luce, Forward, Hamilton & Scripps, LLP
5        601 South Figueroa Street, Suite 3900
         Los Angeles, CA 90017
6        Tel:  213.892.4907
         Fax:  213.452.8035
7        Email:  jkirkland@luce.com

8

9    New legal representative:

10       Matthew B. Gruenberg (SBN 264210)
         Law Offices of Matthew B. Gruenberg
11       942A Lincoln Boulevard
         Santa Monica, CA 90403
12       Tel:  310.740.5105
         Email:  mattgruenberg@gmail.com
13

14   DATED: April 25, 2011          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

15

16                                  By: /s/ John C. Kirkland
                                        John C. Kirkland
17

18   DATED: April 25, 2011          LAW OFFICES OF MATTHEW B. GRUENBERG

19

20                                  By: /s/ Matthew B. Gruenberg
                                        Matthew B. Gruenberg
21

22   DATED: April 25, 2011          EPD Investment Co., LLC

23

24                                  By: /s/ Jerrold S. Pressman
                                        Jerrold S. Pressman
25

26

27

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **Substitution of Attorney** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On April 25, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
Cory Weber – cweber@ebg-law.com
Sara E. Cook – lpalma@mckenna-law.com; scook@mckenna-law.com, bankruptcy@mckenna-law.com
Richard K. Diamond – rdiamond@dgdk.com
Alan S. Gutman – alangutman@gutmanlaw.com
Robert A. Hessling – rhessling@dgdk.com
Howard N. Madris – hmadris@madrislaw.com
Jason M. Rund (TR) – trustee@srlawyers.com, jrund@ecf.epiqsystems.com
United States Trustee (LA) – ustpregion16.la.ecf@usdoj.gov
Steven T. Gubner –  sgubner@ebg-law.com          ☐    Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 25, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**Served by U.S. Mail**
**VIA U.S. MAIL**
Jeffrey W. Cowan
The Cowan Law Firm
1541 Ocean Avenue, Suite 200
Santa Monica, CA 90401                    ☐  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **April 25, 2011,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
PERSONAL SERVICE
Honorable Ernest M. Robles
United States Bankruptcy Court
Los Angeles Division – Roybal Federal Bldg
255 East Temple Street, Room 1568
Los Angeles, CA 90012-3332              ☐  Service information continued on attached page
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 25, 2011  Lisa Underkoffler | /s/Lisa M. Underkoffler |
|---|---|
| *Date*                    *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.